United States District Court
Southern District of Texas

**ENTERED**

May 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NIMA HAJIMORAD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-420 |
| | § | |
| DAVID COLE[1] *et al.* | § | |
| | § | |

**ORDER**

Petitioner's Petition for Writ of Habeas Corpus and Respondents' Motion for Summary Judgment (*see* Dkt. Nos. 1, 9) are **REFERRED** to United States Magistrate Judge Diana Song Quiroga for a Report and Recommendation. 28 U.S.C. § 636(b)(1). In conjunction with that referral, a motions hearing is **REFERRED** to Judge Song Quiroga.

It is so **ORDERED**.

**SIGNED** May 8, 2026.

Marina Garcia Marmolejo
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

1