United States District Court
Southern District of Texas

**ENTERED**

May 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NIMA HAJIMORAD, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00420 |
| | § | |
| DAVID COLE, | § | |
| MIGUEL VERGARA, | § | |
| MARKWAYNE MULLIN, | § | |
| and TODD BLANCHE, | § | |
| *Respondents.* | § | |

## **ORDER**

Petitioner's Petition for Writ of Habeas Corpus, Dkt. No. 1, and Respondents' Motion for Summary Judgment, Dkt. No. 9, were referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Dkt. No. 13. Respondents are **ORDERED** to supplement their Motion for Summary Judgment, Dkt. No. 9, by **May 18, 2026**, notifying the Court of their subsequent efforts to facilitate Petitioner's removal. Should Petitioner wish to supplement his reply, Dkt. No. 11, he may file a supplement by no later than **May 22, 2026**. To develop the factual record in this case and to aid the Court's consideration, the parties are **ORDERED** to attend a Motions Hearing before the undersigned on **May 28, 2026, at 9:30 a.m., by Zoom**. Counsel may choose to appear in person or by Zoom, but counsel shall inform opposing counsel in writing if they intend to appear in person no later than **May 21, 2026**. Zoom information will be sent to the parties prior to the hearing.

At the Motions Hearing, Petitioner should be prepared to provide good reason why he is unlikely to be removed in the reasonably foreseeable future. *See Adrade v. Gonzales*, 459 F.3d

538, 543–44 (5th Cir. 2006) (holding that immigration habeas petitioners subject to a final order of removal must present more than "conclusory statements" to meet their burden of proof that they are unlikely to be removed in the reasonably foreseeable future). Respondents should be prepared to address whether they have identified a suitable third-party country that will accept Petitioner, such that Petitioner may be removed in the reasonably foreseeable future. *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) (holding that once the petitioner has made their showing, the burden shifts to the government to prove that the petitioner is likely to be removed in the reasonably foreseeable future). Specifically, Respondents should be prepared with evidence of the recent steps taken to effectuate Petitioner's successful removal.

IT IS SO ORDERED

Signed this May 8, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge