United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NIMA HAJIMORAD, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00420 |
| | § | |
| DAVID COLE, | § | |
| MIGUEL VERGARA, | § | |
| MARKWAYNE MULLIN, | § | |
| and TODD BLANCHE, | § | |
| *Respondents.* | § | |

## ORDER

This case is set for a *Zadvydas* hearing on **May 28, 2026, at 9:30 a.m., by Zoom,** before the undersigned. *See* Dkt. No. 14. The Court notified the parties that they should be prepared to argue their stances under the *Zadvydas* framework. *Id.*; *Zadvydas v. Davis*, 459 F.3d 538 (5th Cir. 2006) (holding that detention becomes unreasonable if there is no significant likelihood of removal in the reasonably foreseeable future).

Further, the Parties are on **NOTICE** that these arguments should include permissible factors that the Court may consider regarding the terms of supervised release, if release is ordered, or justification for continued detention, if the Court finds that removal is reasonably foreseeable. *See Zadvydas*, 459 F.3d at 699–700 (holding that if continued detention is no longer authorized by statute, "the alien's release may and should be conditioned on any of the various forms of supervised release that are appropriate in the circumstances," and that "if removal is reasonably foreseeable, the habeas court should consider the risk of the alien's committing further crimes as a factor potentially justifying confinement within that reasonable removal period."). Accordingly,

the parties should be prepared to advise the Court regarding any factors bearing on the risk that Petitioner would commit further crimes if released, and whether this concern and other concerns for Respondents would be adequately addressed by appropriate terms of supervised release.

IT IS SO ORDERED

Signed this May 14, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge